UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKOSI BROWN; ANN ALFRED,

                    Plaintiffs,

          -against-                                    24-cv-8200 (LTS)

DWAYNE NASH,                                           CIVIL JUDGMENT

                    Defendant.

      For the reasons stated in the November 24, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    November 26, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge